# CMEC

A Limited Liability Corporation

9826 HWY 503, Hickory MS 39332

Phone: 601-917-4530   Email: cmecllc@gmail.com

## INVOICE

**Invoice #:** 100713RM1                                        Date: October 7, 2013

Customer: Ruiz Contracting Solutions
Address: 14231 Seaway Road - Suite A4
City: Gulfport         State: MS         Zipcode: 39503
Email:                                   Phone: 228-266-2221

| Quantity | Description | Price | Amount |
|---|---|---|---|
| Rent | 2005 DEERE 250D Off Road Truck | | $9,500.00 |
| 10/7/2013 | Serial Number: DT201560 | | |
| 11/3/2013 | | | |
| 10/7/2013 | Shipping Hickory, MS to Eagle Lake, MS | | $500.00 |
| | Subtotal | | $10,000.00 |
| | MS 7% Sales Tax | | $700.00 |
| | | **TOTAL:** | $10,700.00 |



Customer is responsible for routine maintenance on the rental unit. On a daily basis customer is to check oil, water, air filters, grease machine, check tires, and general walk around inspection. Customer is responsible for operator errors.

Received by: _____

Exhibit "2"

# CMEC

## A Limited Liability Corporation

Phone: 601-917-4530   Email: cmecllc@gmail.com

## INVOICE

**Invoice #:** 111813RM2                                 Date:  November 18, 2013

**Customer:** Ruiz Contracting Solutions
**Address:** 14231 Seaway Road - Suite A4
**City:** Gulfport         **State:** MS      **Zipcode:** 39503
**Email:**                                    **Phone:** 228-266-2221

| Quantity | Description | Price | Amount |
|---|---|---|---|
| Rent | 2005 DEERE 250D Off Road Truck | | |
| 11/8/2013 | Serial Number: DT201560 | | |
| 12/1/2013 | 24 Days @ 339.29/day | | $8,142.96 |
| | *Customer instructed on Dec 2, 2013 to stop rent.* | | |
| | *Rent was converted from Monthly to Prorated Day* | | |
| | Replace Fuel Cap (tax included - invoice 5008:01) | | $51.72 |
| | Replace Dust Bowl (tax included - invoice 5008:01) | | $137.11 |
| | Pickup from Eagle Lake to Hickory, MS | | $500.00 |
| | Subtotal | | $8,642.96 |
| | MS 7% Sales Tax | | $605.01 |
| | Replacement Parts | | $188.83 |
| | | **TOTAL:** | **$9,436.80** |

Customer is responsible for routine maintenance on the rental unit. On a daily basis customer is to check oil, water, air filters, grease machine, check tires, and general walk around inspection. Customer is responsible for operator errors.

Received by: _____

# CMEC



A Limited Liability Corporation

9826 HWY 503, Hickory MS 39332
Phone: 601-917-4530   Email: cmecllc@gmail.com

## INVOICE

**Invoice #:** 122313RM3                                    Date: December 23, 2013

Customer: Ruiz Contracting Solutions
Address: 14231 Seaway Road - Suite A4
City: Gulfport    State: MS    Zipcode: 39503
Email:                        Phone: 228-266-2221

| Quantity | Description | Price | Amount |
|---|---|---|---|
| | 2005 DEERE 250D Off Road Truck | | |
| | Serial Number: DT201560 | | |
| | | | |
| | *Weld Repair on dump Bed* | | $1,284.00 |
| | Note: Bed suffered damage from what appeared | | |
| | to be excavator bucket teeth causing holes in bed. | | |
| | | | |
| | Fuel 45 Gallons @ $6.00 per gallon | | $270.00 |
| | Note: Truck was delivered with full tank of fuel | | |
| | and was picked up with only a half tank. | | |
| | | Subtotal | $0.00 |
| | | MS 7% Sales Tax | $0.00 |
| | | **TOTAL:** | **$1,554.00** |

Customer is responsible for routine maintenance on the rental unit. On a daily basis customer is to check oil, water, air filters, grease machine, check tires, and general walk around inspection. Customer is responsible for operator errors.

Received by: _____