# CMEC

A Limited Liability Corporation
9826 HWY 503, Hickory MS 39332
Phone: 601-917-4530   Email: cmecllc@gmail.com

## INVOICE

**PAST DUE**

**Invoice #:** 100713RM1

Date: October 7, 2013

Customer: Ruiz Contracting Solutions
Address: 14231 Seaway Road - Suite A4
City: Gulfport   State: MS   Zipcode: 39503
Email:    Phone: 228-266-2221

| Quantity | Description | Price | Amount |
|---|---|---|---|
| Rent | 2005 DEERE 250D Off Road Truck | | $9,500.00 |
| 10/7/2013 | Serial Number: DT201560 | | |
| 11/3/2013 | | | |
| 10/7/2013 | Shipping Hickory, MS to Eagle Lake, MS | | $500.00 |
| | | Subtotal | $10,000.00 |
| | | MS 7% Sales Tax | $700.00 |
| | | **TOTAL:** | $10,700.00 |

**PAST DUE**

Customer is responsible for routine maintenance on the rental unit. On a daily basis customer is to check oil, water, air filters, grease machine, check tires, and general walk around inspection. Customer is responsible for operator errors.

Received by:

Exhibit "A"   CMEC_000142

# CMEC

## A Limited Liability Corporation
9826 HWY 503, Hickory MS 39332
Phone: 601-917-4530   Email: cmecllc@gmail.com

## INVOICE

**PAST DUE**

**Invoice #:** 111813RM2                             Date:   November 18, 2013

Customer: Ruiz Contracting Solutions
Address: 14231 Seaway Road - Suite A4
City: Gulfport          State: MS          Zipcode: 39503
Email:                                     Phone: 228-266-2221

| Quantity | Description | Price | Amount |
|---|---|---|---|
| Rent | 2005 DEERE 250D Off Road Truck | | |
| 11/8/2013 | Serial Number: DT201560 | | |
| 12/1/2013 | 24 Days @ 339.29/day | | $8,142.96 |
| | *Customer instructed on Dec 2, 2013 to stop rent.* | | |
| | *Rent was converted from Monthly to Prorated Day* | | |
| | Replace Fuel Cap (tax included - invoice 5008:01) | | $51.72 |
| | Replace Dust Bowl (tax included - invoice 5008:01) | | $137.11 |
| | Pickup from Eagle Lake to Hickory, MS | | $500.00 |
| | Subtotal | | $8,642.96 |
| | MS 7% Sales Tax | | $605.01 |
| | Replacement Parts | | $188.83 |
| | | **TOTAL:** | **$9,436.80** |

**PAST DUE**

Customer is responsible for routine maintenance on the rental unit. On a daily basis customer is to check oil, water, air filters, grease machine, check tires, and general walk around inspection. Customer is responsible for operator errors.

Received by:

CMEC_000143

# CMEC

A Limited Liability Corporation
9826 HWY 503, Hickory MS 39332
Phone: 601-917-4530  Email: cmecllc@gmail.com

## INVOICE

**Invoice #:** 122313RM3                                Date:  December 23, 2013

Customer: Ruiz Contracting Solutions
Address: 14231 Seaway Road - Suite A4
City: Gulfport       State: MS       Zipcode: 39503
Email:                                Phone: 228-266-2221

| Quantity | Description | Price | Amount |
|---|---|---|---|
|  | 2005 DEERE 250D Off Road Truck |  |  |
|  | Serial Number: DT201560 |  |  |
|  | *Weld Repair on dump Bed* |  | $1,284.00 |
|  | Note:  Bed suffered damage from what appeared to be excavator bucket teeth causing holes in bed. |  |  |
|  | Fuel 45 Gallons @ $6.00 per gallon |  | $270.00 |
|  | Note: Truck was delivered with full tank of fuel and was picked up with only a half tank. |  |  |
|  | Subtotal |  | $0.00 |
|  | MS 7% Sales Tax |  | $0.00 |
|  |  | **TOTAL:** | $1,554.00 |

**PAST DUE**

Customer is responsible for routine maintenance on the rental unit.  On a daily basis customer is to check oil, water, air filters, grease machine, check tires, and general walk around inspection.  Customer is responsible for operator errors.

Received by:

CMEC_000144

# PRIORITY
## ★ MAIL ★



7010 1060 0001 4671 6327




02 1P
0001687262
MAILED FROM

## FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT*



PS00001000014
EP14F July 2013
OD: 12.5 x 9.5



UNITED S
POSTAL S

PRESS FIRMLY TO SEAL — PRESS FIRMLY TO SEAL — PRIORITY MAIL POSTAGE REQUIRED

PRIORITY MAIL ★

- DATE OF DELIVERY SPECIFIED*
- USPS TRACKING™ INCLUDED*
- INSURANCE INCLUDED*
- PICKUP AVAILABLE
- * Domestic only

USED INTERNATIONALLY, CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

EP14F July 2013
OD: 12.5 x 9.5

0001000014

FROM:

PRIORITY MAIL — For Domestic and International Use
UNITED STATES POSTAL SERVICE

From: Harmon
9826 Hwy 503
Hickory MS

TO:
Harding Enterprises LLC
2320 Columbia Ave.
Prentiss, MS 39474
Attn: Greg Harding

REASON CHECKED
☐ Moved, Left No Address
☐ Forwarding Order Expired
☐ Unable To Forward
☐ Attempted - Not Known
☐ Unclaimed
☐ No Such Street
☐ Refused
☐ Insufficient Address
☐ No Such Number

Harding
5/20/12

VISIT US — USPS.COM®
ORDER FREE SUPPLIES ONLINE
UNITED STATES POSTAL SERVICE®

CMEC_000146

# CMEC

A Limited Liability Corporation

9826 HWY 503, Hickory MS 39332
Phone: 601-917-4530  Email: cmecllc@gmail.com

## INVOICE

**Invoice #:** 100713RM1                                      Date: October 7, 2013

Customer: Ruiz Contracting Solutions
Address: 14231 Seaway Road - Suite A4
City: Gulfport      State: MS      Zipcode: 39503
Email:                              Phone: 228-266-2221

**PAST DUE**

| Quantity | Description | Price | Amount |
|---|---|---|---|
| Rent | 2005 DEERE 250D Off Road Truck | | $9,500.00 |
| 10/7/2013 | Serial Number: DT201560 | | |
| 11/3/2013 | | | |
| 10/7/2013 | Shipping Hickory, MS to Eagle Lake, MS | | $500.00 |
| | Subtotal | | $10,000.00 |
| | MS 7% Sales Tax | | $700.00 |
| | | **TOTAL:** | **$10,700.00** |

Customer is responsible for routine maintenance on the rental unit. On a daily basis customer is to check oil, water, air filters, grease machine, check tires, and general walk around inspection. Customer is responsible for operator errors.

Received by:

CMEC_000147

# CMEC



A Limited Liability Corporation

9826 HWY 503, Hickory MS 39332

Phone: 601-917-4530  Email: cmecllc@gmail.com

## INVOICE

**Invoice #:** 111813RM2                           Date:   November 18, 2013

Customer: Ruiz Contracting Solutions
Address: 14231 Seaway Road - Suite A4
City: Gulfport          State: MS      Zipcode: 39503
Email:                                 Phone: 228-266-2221

| Quantity | Description | Price | Amount |
|---|---|---|---|
| Rent | 2005 DEERE 250D Off Road Truck | | |
| 11/8/2013 | Serial Number: DT201560 | | |
| 12/1/2013 | 24 Days @ 339.29/day | | $8,142.96 |
| | *Customer instructed on Dec 2, 2013 to stop rent.* | | |
| | *Rent was converted from Monthly to Prorated Day* | | |
| | Replace Fuel Cap (tax included - invoice 5008:01) | | $51.72 |
| | Replace Dust Bowl (tax included - invoice 5008:01) | | $137.11 |
| | Pickup from Eagle Lake to Hickory, MS | | $500.00 |
| | Subtotal | | $8,642.96 |
| | MS 7% Sales Tax | | $605.01 |
| | Replacement Parts | | $188.83 |
| | | **TOTAL:** | **$9,436.80** |



Customer is responsible for routine maintenance on the rental unit. On a daily basis customer is to check oil, water, air filters, grease machine, check tires, and general walk around inspection. Customer is responsible for operator errors.

Received by:

PAST DUE
PAST DUE
CMEC_000148



# CMEC

A Limited Liability Corporation
9826 HWY 503, Hickory MS 39332
Phone: 601-917-4530   Email: cmecllc@gmail.com

## INVOICE

**Invoice #:** 122313RM3                          Date: December 23, 2013

Customer: Ruiz Contracting Solutions
Address: 14231 Seaway Road - Suite A4
City: Gulfport      State: MS      Zipcode: 39503
Email:                              Phone: 228-266-2221

| Quantity | Description | Price | Amount |
|---|---|---|---|
| | 2005 DEERE 250D Off Road Truck | | |
| | Serial Number: DT201560 | | |
| | *Weld Repair on dump Bed* | | $1,284.00 |
| | Note: Bed suffered damage from what appeared to be excavator bucket teeth causing holes in bed. | | |
| | Fuel 45 Gallons @ $6.00 per gallon | | $270.00 |
| | Note: Truck was delivered with full tank of fuel and was picked up with only a half tank. | | |



|  |  | Subtotal | $0.00 |
|---|---|---|---|
|  |  | MS 7% Sales Tax | $0.00 |
|  |  | **TOTAL:** | **$1,554.00** |

Customer is responsible for routine maintenance on the rental unit. On a daily basis customer is to check oil, water, air filters, grease machine, check tires, and general walk around inspection. Customer is responsible for operator errors.

Received by:

CMEC_000149

MAILED FROM ZIP CODE 39332

# PRIORITY MAIL ★

FROM:

**UNITED STATES POSTAL SERVICE**

Mail Recovery Center
5345 Fulton Industrial Blvd
Atlanta, GA 30378-2400

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

DATE OF DELIVERY SPECIFIED*

USPS TRACKING™ INCLUDED*

INSURANCE INCLUDED*

PICKUP AVAILABLE

* Domestic only

Cmec
9826 Highway 503
Hickory, MS 39332-3431

**UNITED STATES POSTAL SERVICE®**

**USPS TRACKING #**

Label 41, September 1993


0114 9011 2308 6462 7064 64

Label 400 Jan. 2013
7690-16-000-7948


REASON
☒ Received U...
☐ Received Damaged
☐ Received w...
☐ Received w/o Postage
☐ Received in Bad Condition

0000 1000014

EP14F July 2013
OD: 12.5 x 9.5

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE


**UNITED STATES POSTAL SERVICE®**

CMEC_000150

# CMEC

A Limited Liability Corporation
9826 HWY 503, Hickory MS 39332
Phone: 601-917-4530  Email: cmecllc@gmail.com

## INVOICE

**PAST DUE**

**Invoice #:** 100713RM1                                Date: October 7, 2013

Customer: Ruiz Contracting Solutions
Address: 14231 Seaway Road - Suite A4
City: Gulfport          State: MS          Zipcode: 39503
Email:                                     Phone: 228-266-2221

| Quantity | Description | Price | Amount |
|---|---|---|---|
| Rent | 2005 DEERE 250D Off Road Truck | | $9,500.00 |
| 10/7/2013 | Serial Number: DT201560 | | |
| 11/3/2013 | | | |
| 10/7/2013 | Shipping Hickory, MS to Eagle Lake, MS | | $500.00 |
| | Subtotal | | $10,000.00 |
| | MS 7% Sales Tax | | $700.00 |
| | | **TOTAL:** | $10,700.00 |

**PAST DUE**

Customer is responsible for routine maintenance on the rental unit. On a daily basis customer is to check oil, water, air filters, grease machine, check tires, and general walk around inspection. Customer is responsible for operator errors.

Received by:

CMEC_000151

# CMEC

**PAST DUE**

A Limited Liability Corporation
9826 HWY 503, Hickory MS 39332
Phone: 601-917-4530   Email: cmecllc@gmail.com

## INVOICE

**Invoice #:** 111813RM2                               Date:   November 18, 2013

Customer: Ruiz Contracting Solutions
Address: 14231 Seaway Road - Suite A4
City: Gulfport     State: MS     Zipcode: 39503
Email:                           Phone: 228-266-2221

| Quantity | Description | Price | Amount |
|---|---|---|---|
| Rent | 2005 DEERE 250D Off Road Truck | | |
| 11/8/2013 | Serial Number: DT201560 | | |
| 12/1/2013 | 24 Days @ 339.29/day | | $8,142.96 |
| | *Customer instructed on Dec 2, 2013 to stop rent.* | | |
| | *Rent was converted from Monthly to Prorated Day* | | |
| | Replace Fuel Cap (tax included - invoice 5008:01) | | $51.72 |
| | Replace Dust Bowl (tax included - invoice 5008:01) | | $137.11 |
| | Pickup from Eagle Lake to Hickory, MS | | $500.00 |



| | | Subtotal | $8,642.96 |
|---|---|---|---|
| | | MS 7% Sales Tax | $605.01 |
| | | Replacement Parts | $188.83 |
| | | **TOTAL:** | **$9,436.80** |

Customer is responsible for routine maintenance on the rental unit. On a daily basis customer is to check oil, water, air filters, grease machine, check tires, and general walk around inspection. Customer is responsible for operator errors.

Received by:

# CMEC

A Limited Liability Corporation
9826 HWY 503, Hickory MS 39332
Phone: 601-917-4530   Email: cmecllc@gmail.com

## INVOICE

**Invoice #:** 122313RM3                                       Date: December 23, 2013

Customer: Ruiz Contracting Solutions
Address: 14231 Seaway Road - Suite A4
City: Gulfport          State: MS          Zipcode: 39503
Email:                                     Phone: 228-266-2221

| Quantity | Description | Price | Amount |
|---|---|---|---|
| | 2005 DEERE 250D Off Road Truck | | |
| | Serial Number: DT201560 | | |
| | *Weld Repair on dump Bed* | | $1,284.00 |
| | Note: Bed suffered damage from what appeared to be excavator bucket teeth causing holes in bed. | | |
| | Fuel 45 Gallons @ $6.00 per gallon | | $270.00 |
| | Note: Truck was delivered with full tank of fuel and was picked up with only a half tank. | | |
| | Subtotal | | $0.00 |
| | MS 7% Sales Tax | | $0.00 |
| | | **TOTAL:** | **$1,554.00** |

**PAST DUE**

Customer is responsible for routine maintenance on the rental unit. On a daily basis customer is to check oil, water, air filters, grease machine, check tires, and general walk around inspection. Customer is responsible for operator errors.

Received by:

CMEC_000153